# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

**Service**
**ATTORNEY FEES**

**Bons-Standard**

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 07/02/2015 | Review client documents and case filings (1.9 / Telephone conference with Attorney Seibert (.6). | 2.50 | $750.00 | $750.00 |
| 07/06/2015 | Continue review of client documents. | 1.60 | $480.00 | $1,230.00 |
| 07/07/2015 | Telephone conference with Attorney Trautman (.3) / Exchange multiple emails with Attorney Seibert and Attorney Trautman (.5) / Review filed documents (2.0). | 2.80 | $840.00 | $2,070.00 |
| 07/08/2015 | Exchange emails with client. | 0.20 | $60.00 | $2,130.00 |
| 07/09/2015 | Telephone conference with Attorney Seibert (.4) / Telephone conference with client (.3) /Exchange multiple emails with Attorneys Seibert and Silver (.2) / Draft Notice of Substitution (.3). | 1.20 | $360.00 | $2,490.00 |
| 07/10/2015 | Email to Attorney Trautman (.2) / Exchange multiple emails with Attorneys Silver and Seibert (.5) / Research regarding privileged communications (1.2). | 1.90 | $570.00 | $3,060.00 |
| 07/13/2015 | Exchange multiple emails with Attorneys Silver and Seibert (.5) / Review Motion to Compel hearing transcript (1.2) / Review client email titled update (.3). | 2.00 | $600.00 | $3,660.00 |
| 07/14/2015 | Review Amended Complaint and exhibits and Answer with Declarations (1.2) / Exchange multiple emails with Attorney Trautman (.3) / Exchange mutliple emails with Attorneys Seibert and Silver (.6) / Telephone conference with Attonrey Seibert (.5). | 2.60 | $780.00 | $4,440.00 |

EXHIBIT 1
Page 1 of 19    Page 1 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 07/15/2015 | Inspection of devices and office conferences with client (4.0) / Exchange multiple emails with Attorney Seibert (.4). | 4.40 | $1,320.00 | $5,760.00 |
| 07/16/2015 | Review multiple emails and client provided documents. | 0.80 | $240.00 | $6,000.00 |
| 07/20/2015 | Review executed Protective Order (.2) / Exchange emails with client (.2). | 0.40 | $120.00 | $6,120.00 |
| 07/22/2015 | Review multiple AMEX statements (.8) / Exchange emails with client (.1). | 0.90 | $270.00 | $6,390.00 |
| 07/23/2015 | Review Living Trust and other client provided documents. | 0.80 | $240.00 | $6,630.00 |
| 07/28/2015 | Exchange emails with client (.2) / Review ~ 1500 pages of documents provided by Burt (2.8). | 3.00 | $900.00 | $7,530.00 |
| 08/03/2015 | Review and collate all client provided documents. | 0.60 | $180.00 | $7,710.00 |
| 08/05/2015 | Continue review of documents provided by client. | 1.90 | $570.00 | $8,280.00 |
| 08/19/2015 | Draft Supplemental Response to Plaintiff's Request for Production. | 2.00 | $600.00 | $8,880.00 |
| 08/25/2015 | **.9 hours of client communication no charged** | 0.00 | $0.00 | $8,880.00 |
| 08/26/2015 | Exchange emails with client. | 0.20 | $60.00 | $8,940.00 |
| 09/08/2015 | Status Hearing (.5) / Email client (.3). | 0.80 | $240.00 | $9,180.00 |
| 09/24/2015 | Exchange emails with client. | 0.10 | $30.00 | $9,210.00 |
| 09/09/2015 | Email client (.2) / Telephone conference with Attorney Seibert (.2) / Exchange emails with Attorney Seibert (1.). | 0.50 | $150.00 | $9,360.00 |
| 09/11/2015 | Exchange emails with Attorneys Silver and Seibert regarding Burt deposition dates (.2). | 0.20 | $60.00 | $9,420.00 |

EXHIBIT 1
Page 2 of 19
Page 2 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 09/14/2015 | Exchange emails with Attorney Seibert regarding Burt deposition (.2). | 0.20 | $60.00 | $9,480.00 |
| 09/17/2015 | Review Robert Young letter regarding electronic discovery (.4) / Email client Young letter (.1). | 0.50 | $150.00 | $9,630.00 |
| 09/25/2015 | **.9 hours of research no charged.** | 0.90 | $270.00 | $9,900.00 |
| 09/29/2015 | Exchange emails with client. | 0.20 | $60.00 | $9,960.00 |
| 10/02/2015 | Telephone conference with client (.8) / Review discovery documents (1.7). | 2.50 | $750.00 | $10,710.00 |
| 10/07/2015 | **No charged** | 0.00 | $0.00 | $10,710.00 |
| 10/16/2015 | Review materials from expert Young (1.7) / Email client (.2). | 1.90 | $570.00 | $11,280.00 |
| 10/19/2015 | Exchange emails with client regarding expert Young's report. | 0.20 | $60.00 | $11,340.00 |
| 10/20/2015 | Exchange emails with expert Young and client. | 0.20 | $60.00 | $11,400.00 |
| 10/21/2015 | Review email from client. | 0.30 | $90.00 | $11,490.00 |
| 10/27/2015 | Exchange multiple emails with client and Attorney Seibert (.4) / Research transcripts and discovery documents to answer requests by Attorney Seibert (2.1). | 2.50 | $750.00 | $12,240.00 |
| 10/28/2015 | Exchange multiple emails with client and Attorney Seibert (.8) / Research transcripts and discovery documents to answer request by Attorney Seibert (2.4) | 3.20 | $960.00 | $13,200.00 |
| 10/29/2015 | Telephone conference with client (.4) / Exchange multiple emails with client and Attorney Seibert (.4) / Telephone conference with Attonrey Seibert (.2). | 1.00 | $300.00 | $13,500.00 |

EXHIBIT 1
Page 3 of 19    Page 3 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 10/30/2016 | Exchange emails with attorneys Silver and Seibert (.3) No charged. | 0.00 | $0.00 | $13,500.00 |
| 11/03/2015 | Exchange emails with client. | 0.10 | $30.00 | $13,530.00 |
| 11/04/2015 | Travel to and from Salem (60 miles) (1.0) / Personal conference with client and Jerry and inspect Ipad (1.3). | 2.30 | $690.00 | $14,220.00 |
| 11/11/2015 | Status conference (.5) / Begin drafting Amended Answer (1.6). | 2.10 | $630.00 | $14,850.00 |
| 11/13/2015 | Review Attorney Seibert proposed Subpoena language and court Order (.3) / Telephone conference with client and exchange emails with client (.9). | 1.20 | $360.00 | $15,210.00 |
| 11/16/2015 | Draft Response to Subpoena (1.1) / Exchange emails with Court, Attorney Seibert, and client (.5) / Research regarding misrepresentation issue (2.5). | 4.10 | $1,230.00 | $16,440.00 |
| 11/17/2015 | Exchange multiple emails with attorney Seibert (.4) regarding Burt's deposition / Email Court, Attorney Seibert, and client (.1). | 0.50 | $150.00 | $16,590.00 |
| 11/18/2015 | Exchange emails with client and Attorney Seibert regarding online user names and internet usage issues. | 0.40 | $120.00 | $16,710.00 |
| 11/19/2015 | Exchange emails with client regarding possible Oregon State Bar Complaint against Attorney Seibert (.2) / Draft Gmail Subpoena and Addendum (.6) / Exchange emails with Attorney Seibert (.2) / Letter to Google (.3). | 1.30 | $390.00 | $17,100.00 |

EXHIBIT 1
Page 4 of 19
Page 4 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 11/23/2015 | Exchange multiple emails with Attorney Seibert regarding Softhome and Google Subpoenas. | 0.50 | $150.00 | $17,250.00 |
| 11/24/2015 | Review, cite check and begin research for Motion for Sanctions - Spoliation and attached declarations and exhibits. | 2.40 | $720.00 | $17,970.00 |
| 12/01/2015 | Telephone conference with client (.5) / Multiple emails to/from Attorney Siebert (.6) / Telephone conference with Ralph deNoyo (.4) / Email Google (.2). | 1.70 | $510.00 | $18,480.00 |
| 12/02/2015 | Emails to/from Mr. Faulk regarding electronic devices inspection (.2) / Emails to/from Google regarding Subpoena (.2) / Multiple emails to/from Attonrey Seibert and client (.2). | 0.60 | $180.00 | $18,660.00 |
| 12/03/2015 | Multiple telephone conferences with Brittany Araujo (.6) / Telephone conference with C.J. Faulk (.3) / Emails to/fro, Kristi Anderson re: transcripts (.1) / Draft correspondence and email to Attorney Trautman (.4) / Email Mr. Faulk discovery documents (.4). | 1.80 | $540.00 | $19,200.00 |
| 12/07/2015 | Multiple emails to/from Attorney Seibert and Attorney Silver (.7) / Telephone conference with Attorney Trautman (.4) / Emails to/from Attorney Trautman (.2). | 1.30 | $390.00 | $19,590.00 |

EXHIBIT 1
Page 5 of 19    Page 5 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 12/08/2015 | **Multiple telephone conferences with PLF and email to same (.8) - No charge** / Telephone conference with Mr. Faulk (.5) / Review 11/12/15 Hearing Transcript and outline arguments from same (1.7) / **Exchange multiple emails with client regarding PLF issues (.4) - No charge.** | 2.20 | $660.00 | $20,250.00 |
| 12/09/2015 | **Telephone conference with Attorney Kurtz (.3) - No charge** / Emails to/from Court and Opposing Counsel (.2). | 0.20 | $60.00 | $20,310.00 |
| 12/10/2015 | Draft correspondence to Court with attachments (.9) / Draft Declarations of Faulk and deNoyo (1.8). | 2.70 | $810.00 | $21,120.00 |
| 12/11/2015 | Attend Status Hearing (1.3) / Edit correspondence to Court (.3). | 1.60 | $480.00 | $21,600.00 |
| 12/16/2015 | Emails to/from Google (.2) / Review PACER Order (.1). | 0.30 | $90.00 | $21,690.00 |
| 12/18/2015 | **Emails to/from Attorney Kurtz - No charge (.2).** | 0.00 | $0.00 | $21,690.00 |
| 12/21/2015 | Attend Hearing (1.0) / Review Trautman draft Declaration (.3) / Emails to/from Attorney Rice (.2) / Telephone conference with client (.4). | 1.90 | $570.00 | $22,260.00 |
| 12/22/2015 | Review Declaration of Attorney Trautman (.4) / Multiple emails to/from client (.3) / Review PACER Order (.1) / Exchange emails with Attorney Rice (.2) / Telephone conference with Attorney Rice (.3). | 1.30 | $390.00 | $22,650.00 |
| 12/23/2015 | Draft Order (1.0) / Emails to/from Attorney Seibert (.2) / Edit Google Subpoena (.2). | 1.40 | $420.00 | $23,070.00 |

EXHIBIT 1
Page 6 of 19
Page 6 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 12/28/2015 | Prepare for Deposition of Burt (3.0) / Multiple emails to/from client and Attorney Kurtz (.5) / Edit Stipulated Proposed Order to draft as Proposed Order (.7) / Multiple emails to/from Attoney Silver and Attorney Seibert (.3). | 4.50 | $1,350.00 | $24,420.00 |
| 12/29/2015 | Office conference with client (1.0) / Attend deposition of Mr. Burt (5.5). | 6.50 | $1,950.00 | $26,370.00 |
| 01/04/2016 | Emails to/from Attorney Silver, Attorney Seibert, and Google support (.3) / Review Faulk invoice (.2) / Draft and edit Response to Motion for Sanctions and supporing Declarations (2.5). | 3.00 | $900.00 | $27,270.00 |
| 01/05/2016 | Continue drafting and editing Response and client Declaration (4.8) / Telephone conference with client (.6). | 5.40 | $1,620.00 | $28,890.00 |
| 01/14/2016 | Telephone conference with Paul Bruch (.2) / Edit Order (.3) / Email Court and Attorney Seibert (.2). | 0.70 | $210.00 | $29,100.00 |
| 01/15/2016 | Research defenses against Response for Sanctions. | 2.90 | $870.00 | $29,970.00 |
| 01/22/2016 | Email client (.2) / Multiple emails to/from Attorney Seibert and Attorney Silver regarding late filing of Reply (.2) / Email to Attorney Kurtz (.2). | 0.60 | $180.00 | $30,150.00 |
| 01/23/2016 | Emails to/from Attorney Seibert. | 0.10 | $30.00 | $30,180.00 |
| 01/25/2016 | Emails to/from Attorney Silver and Attorney Seibert (.2) / Telephone conference with client (.1) / Emails to/from Google (.1) / **Emails to/from Attonrey Kurtz (.2) - No charge.** | 0.40 | $120.00 | $30,300.00 |
| 01/26/2016 | **Review email and direct email to Attorneys Silver and Seibert - No charge.** | 0.00 | $0.00 | $30,300.00 |

EXHIBIT 1
Page 7 of 19
Page 7 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 01/29/2016 | Review Google response (.4) / Exchange emails with Mr. Faulk (.2). | 0.60 | $180.00 | $30,480.00 |
| 02/02/2016 | Exchange emails with Faulk (.2) / Exchange emails with Google (.2) / Email status to client (.3) | 0.70 | $210.00 | $30,690.00 |
| 02/04/2016 | Telephone conference with Mr. Faulk (.4) / Exchange emails with Mr. Faulk (.2). | 0.60 | $180.00 | $30,870.00 |
| 02/09/2016 | Prepare for Sanction Hearing (1.5) / Telephone conference with Mr. Faulk (.2) / Telephone conference with Attorney Rice (.2) /**Telephone conference with Attorney Kurtz (.4) - No charge.** | 1.90 | $570.00 | $32,010.00 |
| 02/10/2016 | Office conference with Mr. Faulk (.5) / **Telephone conference with Attorney Kurtz (.3) - No charge** / Prepare for hearing (.6) / Hearing (1.2). | 2.30 | $690.00 | $32,700.00 |
| 02/11/2016 | Exchange emails with Mr. Faulk (.3) / Telephone conference with Mr. Faulk regarding subpoena matrix (.4) / Review Subpoena documents (1.2). | 1.90 | $570.00 | $31,440.00 |
| 02/12/2016 | Review email analysis sent by Mr. Faulk. | 2.70 | $810.00 | $33,510.00 |
| 02/19/2016 | Exchange emails with Mr. Faulk (.2) / Review D-1 files (1.7). | 1.90 | $570.00 | $34,080.00 |
| 02/23/2016 | Review subpoenaed documents. | 2.90 | $870.00 | $34,950.00 |
| 02/25/2016 | Review Group D subpoenaed documents. | 2.80 | $840.00 | $35,790.00 |
| 03/01/2016 | Review of subpoenaed documents. | 2.30 | $690.00 | $36,480.00 |
| 03/03/2016 | Review Order Regarding Sanctions (.1) / Exchange emails and provide summary of hearing to client (.7) / Review Jim Brigleb letter (.2). | 1.00 | $300.00 | $36,780.00 |

EXHIBIT 1
Page 8 of 19
Page 8 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 03/07/2016 | Exchange multiple emails with Attorney Seibert (.3) / Review email to court requesting additional discovery sanctions (.3). | 0.60 | $180.00 | $36,960.00 |
| 03/10/2016 | Email response to court regarding discovery issues (.4) / Review multiple emails by attorney Seibert to Court (.2). | 0.60 | $180.00 | $37,140.00 |
| 03/11/2016 | Exchange multiple emails with Attorney Seibert. | 0.40 | $120.00 | $37,260.00 |
| 03/15/2016 | Review multiple emails from Attorney Seibert. | 0.30 | $90.00 | $37,350.00 |
| 03/15/2016 | Telephone conference with Attorney Seibert. | 0.60 | $180.00 | $37,530.00 |
| 03/17/2016 | Exchange emails with client (.5) / Review Subpoena (.2) / Draft letter to Attorneys Silver and Seibert (.3) | 1.00 | $300.00 | $37,830.00 |
| 03/18/2016 | Review multiple emails from Attorney Seibert (.5) / Research regarding Motions to Quash and Protective Order (2.9). | 3.40 | $1,020.00 | $38,850.00 |
| 03/22/2016 | Telephone conference with Attorney Seibert regarding discovery issues and Motion to Quash/Protective Order (.7) / Telephone conference with Mr. Faulk (.3) / Exchange multiple emails with attorney Seibert and Mr. Faulk (.2). | 1.20 | $360.00 | $39,210.00 |
| 03/24/2016 | Exchange emails with Court. | 0.20 | $60.00 | $39,270.00 |
| 03/25/2016 | **Begin drafting Motion to Quash and Protective Order - No charge Motion not filed after attorney for SCCA objected to subpoena and no further action by Plaintiff (2.1).** | 0.00 | $0.00 | $39,270.00 |
| 03/29/2016 | Review multiple documents prepared by Mr. Faulk. | 1.30 | $390.00 | $39,660.00 |

EXHIBIT 1
Page 9 of 19
Page 9 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 03/31/2016 | Review SCCA letter and Attorney Seibert response (.4) / Telephone conference with Attorney Lane (.1) / **Continue drafting Motion for Protective Order (1.2) - No charge see above for reasons** / Exchange mutlipe emails with Mr. Faulk (.4). | 0.90 | $270.00 | $39,930.00 |
| 04/01/2016 | Draft and edit Motion for Protective Order (1.5) - No charge see above for reasons. | 0.00 | $0.00 | $39,930.00 |
| 04/05/2016 | Review Letter from SCCA Attorney. | 0.20 | $60.00 | $39,990.00 |
| 04/06/2016 | Review .pst file and Google responsive documents. | 1.60 | $480.00 | $40,470.00 |
| 04/07/2016 | Email Attorneys Silver and Seibert. | 0.30 | $90.00 | $40,560.00 |
| 04/11/2016 | Exchange emails with client. | 0.20 | $60.00 | $40,620.00 |
| 04/12/2016 | Exchange emails with Mr. Faulk. | 0.20 | $60.00 | $40,680.00 |
| 04/13/2016 | Review privileged documents. | 2.90 | $870.00 | $41,550.00 |
| 04/14/2016 | Telephone conference with Attorney Seibert (0.8) / Review multiple proposed subpoenas (0.7) / Telephone conference with Attorney Fallon (.6) / Email Attorney Fallon (.2) / Email Attorney Seibert (.2). | 2.50 | $750.00 | $42,300.00 |
| 04/15/2016 | Draft excel Spreadsheet with summary of privileged communications. | 1.50 | $450.00 | $42,750.00 |
| 04/18/2016 | Edit privilege matrix. | 0.50 | $150.00 | $42,900.00 |
| 04/22/2016 | Exchange emails with client (.2) / Telephone conference with client (.4). | 0.60 | $180.00 | $43,080.00 |
| 05/02/2016 | Exchange emails with Attorney Fallon (0.2) / Telephone conference with Attorney Fallon (0.3). | 0.50 | $150.00 | $43,230.00 |
| 05/03/2016 | Exchange emails with Attorney Fallon. | 0.20 | $60.00 | $43,290.00 |
| 05/06/2016 | Exchange emails with client. | 0.20 | $60.00 | $43,350.00 |

EXHIBIT 1
Page 10 of 19
Page 10 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 05/09/2016 | Exchange multiple emails with Attorneys Silver and Seibert regarding client Deposition. | 0.50 | $150.00 | $43,500.00 |
| 05/11/2016 | Exchange emails with client. | 0.20 | $60.00 | $43,560.00 |
| 05/12/2016 | Exchange emails with client. | 0.20 | $60.00 | $43,620.00 |
| 05/24/2016 | Telephone conference with Attorney Nachbar (0.3) / Email Attorney Nachbar (0.5). | 0.50 | $150.00 | $43,770.00 |
| 06/10/2016 | Research Joint Status Report Requirements. | 2.10 | $630.00 | $44,400.00 |
| 06/13/2016 | Review multiple Attorney Seibert emails and Fallon subpoena (0.4) / Research regarding Settlement Options (0.8). | 1.20 | $360.00 | $44,760.00 |
| 06/21/2016 | Review Court Order. | 0.20 | $60.00 | $44,820.00 |
| 06/23/2016 | Review Seibert and Fallon correspondence and Amended Subpoenas Duces Tecum. | 0.60 | $180.00 | $45,000.00 |
| 06/24/2016 | Telephone conference with client (0.3) / Letter to Attorneys Seibert and Silver (0.3) / Research regarding Motion for Summary Judgment (1.6) / Exchange emails with Attorney Seibert (.2). | 2.40 | $720.00 | $45,720.00 |
| 06/30/2016 | Exchange emails with Attorney Seibert. | 0.20 | $60.00 | $45,780.00 |
| 07/01/2016 | Prepare for telephone conference (research regarding requirements of Joint Status Report) (0.5) / Telephone conference with Attorney Seibert (.8). | 1.30 | $390.00 | $46,170.00 |
| 07/05/2016 | Review proposed case schedule. | 0.30 | $90.00 | $46,260.00 |
| 07/07/2016 | Draft Affirmative Defenses. | 2.80 | $840.00 | $47,100.00 |
| 07/08/2016 | Exchange multiple emails with Attorneys Silver, Seibert, and Fallon regarding Fallon Subpoena. | 0.50 | $150.00 | $47,250.00 |

EXHIBIT 1
Page 11 of 19
Page 11 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 07/15/2016 | Exchange multiple emails with Attorneys Fallon, Seibert, and Silver regarding Subpoena Duces Tecum. | 0.40 | $120.00 | $47,370.00 |
| 07/26/2016 | Review elements of affirmative defenses. | 1.10 | $330.00 | $47,700.00 |
| 08/01/2016 | Edit Amended Answer and Motion for Leave of File. | 1.30 | $390.00 | $48,090.00 |
| 08/02/2016 | Exchange emails with Attorney Seibert. | 0.20 | $60.00 | $48,150.00 |
| 08/04/2016 | Review Court Order. | 0.20 | $60.00 | $48,210.00 |
| 08/09/2016 | Begin drafting Trial exhibits Summary. | 2.60 | $780.00 | $48,990.00 |
| 08/26/2016 | Email Attorneys Silver and Seibert. | 0.10 | $30.00 | $49,020.00 |
| 09/01/2016 | Exchange multiple emails with attorneys Silver and Seibert (0.4) / Telephone conference with office of Attorney Silver (.3) / Research Federal Rules of Civil Procedure regarind late filings (1.6). | 2.30 | $690.00 | $49,710.00 |
| 09/14/2016 | Exchange multiple emails with Attorneys Silver and Seibert regarding Amended Answer (0.3) / Research case law regarding frivolous litigation (3.8). | 4.10 | $1,230.00 | $50,940.00 |
| 09/19/2016 | Exchange emails with Attorneys Silver and Seibert. | 0.20 | $60.00 | $51,000.00 |
| 09/28/2016 | Draft and edit Motion for Summary Judgment. | 1.90 | $570.00 | $51,570.00 |
| 09/29/2016 | Edit Motion. | 1.30 | $390.00 | $51,960.00 |
| 09/30/2016 | Exchange emails with Attorneys Silver and Seibert. | 0.20 | $60.00 | $52,020.00 |
| 10/03/2016 | Exchange emails with Attorneys Silver and Seibert (2) / Continue drafting Motion for Smmary Judgment (3.2). | 3.60 | $1,080.00 | $53,100.00 |

EXHIBIT 1
Page 12 of 19
Page 12 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 10/05/2016 | Edit and file Motion to Amend Answer and Answer. | 0.60 | $180.00 | $53,280.00 |
| 10/13/2016 | Research regarding Plaintiff's Objections to Motion for Summary Judgment. | 2.80 | $840.00 | $54,120.00 |
| 10/18/2016 | Draft Expert Witness Exhibits (financial summaries). | 3.70 | $1,110.00 | $55,230.00 |
| 10/19/2016 | Review client email (0.1) / Research regarding LR 7-1 and LR case law (2.6). | 2.70 | $810.00 | $56,040.00 |
| 10/21/2016 | Research regarding additional objections (.6) / Exchange emails with Mr. Watson (.2). | 0.80 | $240.00 | $56,280.00 |
| 10/24/2016 | Exchange multiple emails with Attorneys Silver and Seibert (.4) / Telephone conference with Attorney Seibert (.4) / Telephone conference with Attonrey Seibert (.2) / Research regarding procedural objections (2.3). | 2.90 | $870.00 | $57,150.00 |
| 10/25/2016 | Review Response to Motion for Summary Judgment and cite check same. | 2.70 | $810.00 | $57,960.00 |
| 10/27/2016 | Research, Outline, and Shepardize - USPS v. Ester / US v. JP Morgan Chase Bank / US v. Castro-Jaurez / Peruta v. County of San Diego / Lenz v. Univeral Music Corporation / Glassey v. Microsemi, Inc. / HM Hotel Props. V. Perrless Indem. Insurance Company / Lannes v. Flowserve US, Inc. / Jones v. Countu of LA. | 2.80 | $840.00 | $58,800.00 |
| 11/03/2016 | Research regarding evidentiary standards and Motion for Summary Judgment. | 1.90 | $570.00 | $59,370.00 |
| 11/07/2016 | Draft Reply to Response for Summary Judgment (5.1) **write down to 3.0**. | 3.00 | $900.00 | $60,270.00 |
| 11/09/2016 | Exchange emails with client (0.3) / Review case filings (0.6). | 0.90 | $270.00 | $60,540.00 |

EXHIBIT 1
Page 13 of 19
Page 13 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 11/23/2016 | Review FRCP regarding timelines of Motion for Summary Judgment oral arguments. | 1.10 | $330.00 | $60,870.00 |
| 11/29/2016 | Telephone conference with client (.6). | 0.60 | $180.00 | $61,050.00 |
| 12/12/2016 | Review Judgment and Opinion (.9) / Exchange emails with client (.2) / Telephone conference with client (.5) / Exchange emails with attorneys Silver and Seibert (.1). | 1.70 | $510.00 | $61,560.00 |
| 12/15/2016 | Research regarding attorney fees issues and case law (16 USC 686, US v. Sanderlin, and ORS 59.115). | 1.90 | $570.00 | $62,130.00 |
| 12/16/2016 | Telephone conference with attorneys Silver and Seibert (.3) / Telephone conference with client (.4) / Exchange emails with client (.2). | 0.90 | $270.00 | $62,400.00 |
| 12/19/2016 | Exchange multiple emails with client (.2). | 0.20 | $60.00 | $62,460.00 |
| 12/20/2016 | Exchange emails with attorneys Silver and Seibert (.3) / Telephone conference with client to discuss settlement offer x2 (.6). | 0.90 | $270.00 | $62,730.00 |
| 12/21/2016 | Exchange emails with attorney Kurtz (.2) / Exchange emails with attorneys Silver and Seibert (.2). | 0.40 | $120.00 | $62,850.00 |
| 12/22/2016 | Draft Motion and Memorandum Requesting Attorney Fees (1.9) / Exchange emails with client (.2) / Telephone conference with client (.3) / Exchange emails with attorney Silver (.2). | 2.60 | $780.00 | $63,630.00 |
| | | 212.10 | $63,630.00 | |

EXHIBIT 1
Page 14 of 19
Page 14 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

**Bash-Standard**

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 07/03/2015 | Document management of materials provided by client on thumb drive. | 2.00 | $150.00 | $150.00 |
| 07/08/2015 | Update pleadings and notebook/Calendar status hearing and print case register. | 1.50 | $112.50 | $262.50 |
| 07/13/2015 | Prepare Protective Order/Telephone call with Court Reporter/Prepare check and deliver to US District Court / Document Management. | 2.10 | $157.50 | $420.00 |
| 07/20/2015 | Prepare letter to client/Scan and save documents to server. | 0.30 | $22.50 | $442.50 |
| 08/04/2015 | Telephone conference with client regarding discovery documents. | 0.20 | $15.00 | $457.50 |
| 08/05/2015 | Email from/to client (x2)/Print and review documents from client. | 0.70 | $52.50 | $510.00 |
| 11/06/2015 | Prepare Declaration of Counsel. | 0.40 | $30.00 | $540.00 |
| 12/03/2015 | Telephone conference with Court Reporter to order hearing transcript. | 0.20 | $15.00 | $555.00 |
| 12/07/2015 | Telephone conference with Attorney Seibert and Attorney Bons/Prepare Memorandum to file. | 0.60 | $45.00 | $600.00 |
| 12/09/2015 | Calendar Court Hearing. | 0.10 | $7.50 | $607.50 |
| 12/11/2015 | Prepare correspondence to Judge Aiken/Declaration of Rafael deNoyo. | 0.80 | $60.00 | $667.50 |
| 12/15/2015 | Review Scheduling Order/Calendar status conference/Telephone conference with Paul Bruch at US District Court / Review Order from Judge Aiken. | 0.40 | $30.00 | $697.50 |
| 12/23/2015 | Prepare Stipulated Order Regarding Production of Documents. | 0.70 | $52.50 | $750.00 |

EXHIBIT 1
Page 15 of 19
Page 15 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 12/28/2015 | Telephone call to C&C Court Reporting/Prepare Motion for Order Regarding Discovery/Declaration of Counsel in Support of Motioon and Proposed Order. | 1.70 | $127.50 | $877.50 |
| 01/25/2016 | Email to attorneys Seibert and Silver. | 0.10 | $7.50 | $885.00 |
| 01/27/2016 | Email to Attorneys Seibert and Silver. | 0.10 | $7.50 | $892.50 |
| 02/08/2016 | Telephone call with Mr. Faulk / Email to/from Mr. Faulk. | 0.20 | $15.00 | $907.50 |
| 02/09/2016 | Telephone call with Attorney Winkler's office (x2). | 0.10 | $7.50 | $915.00 |
| 03/10/2016 | Email to Attorney Seibert / Email to Paul Bruch, Judicial Assistance to Judge Coffin. | 0.50 | $37.50 | $952.50 |
| 03/11/2016 | Email to Attorney Seibert / Email from Paul Bruch / Telephone conference with Attorney Seibert. | 0.20 | $15.00 | $967.50 |
| 03/15/2016 | Telephone conference with Attorneys Seibert and Silver / Email from Attorney Seibert (x2) / Prepare Memorandum of Telephone conference. | 0.60 | $45.00 | $1,012.50 |
| 03/17/2016 | Prepare letter to Attorneys Seibert and Silver / Email to Attorneys Seibert and Silver (x2). | 0.50 | $37.50 | $1,050.00 |
| 03/18/2016 | Email to/from Attorney Seibert (x2). | 0.20 | $15.00 | $1,065.00 |
| 03/22/2016 | Telephone conference with Attorneys Seibert and Bons / Prepare Memorandum / Email to Attorney Seibert. | 1.10 | $82.50 | $1,147.50 |
| 03/23/2016 | Telephone conference with Charles Faulk. | 0.30 | $22.50 | $1,170.00 |
| 03/30/2016 | Email to/from client. | 0.20 | $15.00 | $1,185.00 |

EXHIBIT 1
Page 16 of 19
Page 16 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|
| 04/01/2016 | Prepare letter to Attorneys Silver and Seibert / Motion for Protective Order. | 1.60 | $120.00 | $1,305.00 |
| 04/07/2016 | Bates stamp Google documents / Email to Attorney Seibert and Silver (x2) / Email from Attorney Seibert. | 0.60 | $45.00 | $1,350.00 |
| 04/12/2016 | Email from/to Jason Seiner (x6). | 0.60 | $45.00 | $1,395.00 |
| 04/14/2016 | Conference call with Attorney Bons and Attorney Seibert / Review file and discovery / Email to Attorney Seibert / Make additional revisions to privilege log. | 1.90 | $142.50 | $1,537.50 |
| 04/15/2016 | Prepare email matrix. | 0.90 | $67.50 | $1,605.00 |
| 04/21/2016 | Prepare email correspondence to Attorney Seibert. | 0.40 | $30.00 | $1,635.00 |
| 04/22/2016 | Prepare letter to Attorney Seibert and burn discovery to disc. | 0.40 | $30.00 | $1,665.00 |
| 05/09/2016 | Email to/from Attorney Seibert (x3). | 0.30 | $22.50 | $1,687.50 |
| 05/10/2016 | Email from/to Charles Faulk (x2) / Email to client / Email to Attorney Seibert (x3). | 0.50 | $37.50 | $1,725.00 |
| 06/13/2016 | Email from Attorney Seibert (x2). | 0.20 | $15.00 | $1,740.00 |
| 06/28/2016 | Email from/to Charles Faulk / Email to client. | 0.20 | $15.00 | $1,755.00 |
| 06/29/2016 | Email from/to client (x2) / Email to Charles Faulk. | 0.20 | $15.00 | $1,770.00 |
| 07/01/2016 | Telephone conference with Attorneys Siebert and Bons. | 0.70 | $52.50 | $1,822.50 |
| 07/15/2016 | Email to/from Attorney Siebert (x3) / Telephone conference with Attorney Siebert (x2). | 0.60 | $45.00 | $1,867.50 |

EXHIBIT 1
Page 17 of 19
Page 17 of 19

**Beckley & Bons, P.C.**
## Sales by Item Detail
January 2015 through December 2016

| | Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|---|
| | 08/01/2016 | Prepare Motion for Leave to File Amended Answer / Order Re: Filling Amended Answer / Amended Answer. | 1.20 | $90.00 | $1,957.50 |
| | 08/26/2016 | Email to Attorney Seibert. | 0.10 | $7.50 | $1,965.00 |
| | 09/12/2016 | Revise Motion to Amend Answer / Email to Attorney Seibert. | 0.40 | $30.00 | $1,995.00 |
| | 09/16/2016 | Prepare redline version of Amended Answer / Email to Attorney Seibert. | 0.30 | $22.50 | $2,017.50 |
| | 09/19/2016 | Email from/to Attorney Seibert (x3). | 0.30 | $22.50 | $2,040.00 |
| | 09/30/2016 | Email to Attorney Seibert. | 0.10 | $7.50 | $2,047.50 |
| | 10/06/2016 | Revise Motion and Order and efile with Court. | 0.20 | $15.00 | $2,062.50 |
| | 10/07/2016 | Review Notice from Court. | 0.10 | $7.50 | $2,070.00 |
| | 10/17/2016 | Efile Amended Answer. | 0.20 | $15.00 | $2,085.00 |
| | 10/24/2016 | Telephone conference with Attorney Bons and Attorney Seibert. | 0.20 | $15.00 | $2,100.00 |
| | 11/04/2016 | Prepare Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. | 1.20 | $90.00 | $2,190.00 |
| | 11/07/2016 | Review, revise and finalize Reply to Plaintiff's Motion for Summary Judgment / Efile Reply with Court. | 0.60 | $45.00 | $2,235.00 |
| Total Bash-Standard | | | 29.80 | $2,235.00 | |
| | | | | | |
| Lindell-Standard | | | | | |
| | 11/19/2015 | Prepare Defendant's Answer to First Amended Complaint/Process Subpoena to Google/Prepare corresp... | 1.50 | $97.50 | $97.50 |

EXHIBIT 1
Page 18 of 19
Page 18 of 19

# Beckley & Bons, P.C.
## Sales by Item Detail
January 2015 through December 2016

| | Date | Memo | Qty | Amount | Balance |
|---|---|---|---|---|---|
| | 12/02/2015 | Review and organize client file. | 0.50 | $32.50 | $130.00 |
| | 12/10/2015 | Prepare first draft of Response to Motion for Sanctions. | 3.00 | $195.00 | $325.00 |
| | 12/11/2015 | Finalize correspondence to Judge Aiken/Prepare exhibits. | 1.00 | $65.00 | $390.00 |
| | 01/05/2016 | Prepare Declaration of Christine Jordan/Prepare Declaration of Kevin Bons. | 1.00 | $65.00 | $455.00 |
| | 01/06/2016 | Process filed documents/Update pleading index. | 1.00 | $65.00 | $520.00 |
| | 02/25/2016 | Download discovery provided by Mr. Faulk from DropBox, print and prepare discovery binders. | 3.00 | $195.00 | $715.00 |
| | 04/04/2016 | Download, print, and file files from expert. | 1.50 | $97.50 | $812.50 |
| | 04/13/2016 | Download, print, file files from Expert. | 2.50 | $162.50 | $975.00 |
| | 04/14/2016 | Download, print, file files from Expert. | 3.00 | $195.00 | $1,170.00 |
| | 07/06/2016 | Update pleadings index. | 0.20 | $13.00 | $1,183.00 |
| | 11/03/2016 | Document/File management. | 0.60 | $39.00 | $1,222.00 |
| Total Lindell-Standard | | | 18.80 | $1,222.00 | $1,222.00 |
| | | | | | |
| Totals | | Kevin Bons @ $300 per hour | 212.10 | $63,630.00 | |
| | | Jeff Trautman @ $250 per hour | 65.30 | $13,805.00 | |
| | | Malinda Bash @ $75 per hour | 29.80 | $2,235.00 | |
| | | Tracie Lindell @ $65 per hour | 18.80 | $1,222.00 | |
| | | | 326.00 | $80,892.00 | |

EXHIBIT 1
Page 19 of 19
Page 19 of 19