# FETHERSTON EDMONDS, LLP

Ben C. Fetherston, Jr.*  
James C. Edmonds  
Christopher B. Matheny*  
_____  
*Also admitted to practice in Washington

**ATTORNEYS**  
TAX ID NO,.  
93-0519796

960 Liberty Street SE, Suite 110  
P.O. Box 2206  
Salem, Oregon 97308-2206  
MAIN OFFICE (503) 581-1542  
FAX (503) 585-3978

---

## STATEMENT

| | |
|---|---|
| Account Number: | 81717 |
| Invoice Number: | 0 |
| Statement Date: | 12/12/2016 |
| Closing Date: | 11/30/2016 |
| Attorney: | JAT |

Christine Jordan  
778 Crystal Spgs Lane  
Keizer, OR 97303

Matter: Jordan, Christine

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2014 | JAT | Review of court docket and documents provided by Christine; including complaint and other pleadings. | 1.00 | 250.00 |
| | JAT | Meeting with attorney Jason Siebert re Burt claims. | 0.70 | 175.00 |
| | JAT | Tel conf with Christine re allegations in complaint and conversation with Siebert. | 0.40 | 100.00 |
| 7/28/2014 | JAT | Email correspondence with Christine re arguments against complaint; review of Judgt of Dissolution; email correspondence with Christine re same. | 0.40 | 100.00 |
| 7/29/2014 | JAT | Review of emails and other info from Christine; prepare and send letter to Seibert and Silver requesting withdrawal of claims. | 2.00 | 500.00 |
| | JAT | Meeting with Jason Seibert re withdrawing claims. | 0.30 | 75.00 |
| 7/31/2014 | JAT | Research and prepare memorandum in response to plaintiff's motion for asset freeze; declaration of Christine Jordan in support; file with the court. | 3.40 | 850.00 |
| 8/4/2014 | JAT | Discussion with Siebert re his offer to stay proceedings if we close WF account; email to Christine. | 0.40 | 100.00 |
| | JAT | Tel conf with Chris re Wells Fargo records and closing account; possible stay proposed as resolution; tel conf with Siebert re terms of stay. | 0.50 | 125.00 |
| 8/5/2014 | JAT | Email correspondence with Christine re closing Wells Fargo account and her conversations with Rafael. | 0.20 | 50.00 |
| | JAT | Tel conf with Will Fallon (Rafael's attorney) re strategy for dealing with Burt and Silver. | 0.40 | 100.00 |
| | JAT | Tel conf with David Silver re agreement to provide records. | 0.40 | 100.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK  
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2  
Page 1 of 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/5/2014 JAT | Tel conf with Chris re obtaining recent WF statement and closing account. | | 0.20 | 50.00 |
| JAT | Review of WF bank statement for June/July; email correspondence with Christine re same. | | 0.30 | 75.00 |
| JAT | Email correspondence with Silver re terms of abatement. | | 0.30 | 75.00 |
| 8/6/2014 JAT | Review of proposed subpoena from Silver; email correspondence with Christine and Silver re same. | | 0.30 | 75.00 |
| JAT | Office conf with Christine to discuss status of case and next steps. | | 0.30 | 75.00 |
| JAT | Prepare and file answer and affirmative defenses to complaint. | | 0.60 | 150.00 |
| 8/7/2014 JAT | Receipt and review of Plaintiff's Reply to Defendant's Opposition to Emergency Motion. | | 0.20 | 50.00 |
| 8/12/2014 JAT | Email correspondence with Christine re Burt's reply to motion for asset freeze and her availability. | | 0.20 | 50.00 |
| 8/19/2014 JAT | Review and respond to email from Christine re her being out of country and possibly writing letter to plaintiff. | | 0.30 | 75.00 |
| 9/2/2014 JAT | Receipt and review of opinion and order from court denying plaintiff's request for preliminary injunction. | | 0.20 | 50.00 |
| 9/3/2014 JAT | Email correspondence with Christine re order denying asset freeze. | | 0.20 | 50.00 |
| 9/5/2014 JAT | Email correspondence with Siebert and Silver re scheduling 26f conference. | | 0.20 | 50.00 |
| 9/12/2014 JAT | Prepare for and attend Rule 26 conference by phone. | | 0.50 | 125.00 |
| 9/16/2014 JAT | Receipt and review of proposed scheduling order from Siebert. | | 0.20 | 50.00 |
| 10/2/2014 JAT | Make revisions to Rule 26 scheduling order re confidentiality provisions for financial information; email to plaintiff's attys re same; Telephone conference with Court | | 0.50 | 125.00 |
| 11/3/2014 JAT | Prepare for and attend status conference with Judge; tel conf with plaintiff's counsel following conference. | | 1.00 | 250.00 |
| 11/7/2014 JAT | Email correspondence with Jason Siebert re subpoenas to various banks; review subpoenas. | | 0.30 | 75.00 |
| 12/15/2014 JAT | Receipt and review of notice of subpoena from plaintiff's attorney. | | 0.20 | 50.00 |
| 12/17/2014 JAT | Email correspondence with Siebert re ADR; email correspondence with Christine re same; tel conf with Christine. | | 0.40 | 100.00 |
| 12/18/2014 JAT | Review of email from Christine re ADR options and possible pro se representation; tel conf with Christine; email to plaintiff's attorney. | | 0.30 | 75.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2
Page 2 of 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/18/2014 | JAT | Email correspondence with Siebert re joint ADR report; email correspondence re proposed changes and various settlement offers. | 0.50 | 125.00 |
| 12/22/2014 | JAT | Receipt and review of plaintiff's first request for admissions and production. | 0.20 | 50.00 |
|  | JAT | Letter to Christine enclosing plaintiff's first RFA and RFP. | 0.30 | 75.00 |
| 1/6/2015 | JAT | Email correspondence with Jordan re discovery; email from Siebert requesting deposition dates. | 0.20 | 50.00 |
| 1/7/2015 | JAT | Tel conf with Christine re discovery responses and deposition dates; email correspondence with Siebert re same. | 0.30 | 75.00 |
| 1/9/2015 | JAT | Office conf with Christine to review and discuss discovery responses. | 0.50 | 125.00 |
| 1/13/2015 | JAT | Tel conf with Jason re discovery requests and possible need to postpone depo. | 0.20 | 50.00 |
| 1/14/2015 | JAT | Receipt and review of prior email correspondence from Rafeal; review in preparation for production to plaintiff. | 0.30 | 75.00 |
| 1/15/2015 | JAT | Prepare response to Plaintiff's Requests for Admission and Requests for Production; letter to plaintiff's attorney. | 0.50 | 125.00 |
| 1/20/2015 | JAT | Email correspondence with Seibert and Jordan confirming depo. | 0.20 | 50.00 |
| 1/22/2015 | JAT | Prepare for and attend depo of Christine Jordan. | 3.00 | 750.00 |
| 2/2/2015 | JAT | Email correspondence with court re scheduling conference; review of notice from court re same. | 0.20 | 50.00 |
|  | JAT | Review of email from Seibert re additional discovery requests; email to Chris; tel conf with Chris to discuss. | 0.50 | 125.00 |
|  | JAT | Review FRCP 26 re scope of discovery. | 0.30 | 75.00 |
| 2/3/2015 | JAT | Review and respond to lengthy email from Seibert re production issues; review FRCP re scope of discovery. | 0.80 | 200.00 |
| 2/4/2015 | JAT | Tel conf with Jason Seibert to confer on discovery issues and additional documents they want. | 0.50 | 125.00 |
|  | JAT | Email to Christine re document production strategy and follow up re conversation with Seibert. | 0.30 | 75.00 |
| 2/5/2015 | JAT | Additional email correspondence from Seibert and Silver re various threats etc; email correspondence with Christine; tel conf with Christine. | 0.30 | 75.00 |
| 2/6/2015 | JAT | Email correspondence with Seibert re discovery issues; email from Jason re amending his complaint to add claims for RICO, money lanudering, etc; email correspondence with Christine. | 0.40 | 100.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2
Page 3 of 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/6/2015 | JAT | Discuss case with Jim Edmonds; research re summary judgment options on various claims. | 0.40 | 100.00 |
| 2/10/2015 | JAT | Email correspondence with Seibert re Wells Fargo checks and other discover requests; respond to his request for stipulation on amended complaint. | 0.30 | 75.00 |
|  | ASL | Start initial research on disclosure issues | 0.50 | 20.00 |
| 2/11/2015 | JAT | Email correspondence with Court and counsel re postponed scheduling conference. | 0.10 | 25.00 |
| 2/12/2015 | JAT | Receipt and review of WF check copies from Christine; scan and prepare for production to plaintiff. | 0.30 | 75.00 |
|  | JAT | Email correspondence with Christine re checks; email correspondence with Seibert re checks and his additional requests. | 0.30 | 75.00 |
|  | ASL | Continue research and draft memo | 5.00 | 200.00 |
| 2/16/2015 | JAT | Email correspondence with Seibert re settlement; email from Christine re correspondence with Brian at Wells Fargo; tel conf with Christine. | 0.20 | 50.00 |
| 2/17/2015 | ASL | Begin research on possession issue | 1.00 | 40.00 |
| 2/18/2015 | JAT | Scheduling conference with Judge Aiken. | 0.30 | 75.00 |
|  | JAT | Email correspondence with Seibert re settlement conference with Judge Coffin. | 0.20 | 50.00 |
|  | JAT | Receipt and review of scheduling order from court, re settlement conf; email to Christine. | 0.20 | 50.00 |
| 2/19/2015 | ASL | Finish research and write memo on possession issue | 1.50 | 60.00 |
| 2/25/2015 | JAT | Receipt and review of notice of subpoeanas to US Bank, State Farm and 4 other parties. | 0.20 | 50.00 |
| 2/27/2015 | JAT | Receipt and review of letter from Seibert enclosing Motion to File First Amended complaint. | 0.20 | 50.00 |
|  | JAT | Review First Amended Complaint and attached Motion (42 pgs). | 0.40 | 100.00 |
| 3/3/2015 | JAT | Receipt and review of redllined amended complaint from plaintiff's attorney; review new RICO claims and other claims; email to Christine. | 0.50 | 125.00 |
|  | JAT | Tel conf with Seibert re conferring on motion to file amended complaint. | 0.30 | 75.00 |
| 3/11/2015 | JAT | Receipt and review of plaintiff's motion for leave to file amended complaint. | 0.20 | 50.00 |
|  | JAT | Research and prepare confidential mediation statement for Judge Coffin, in preparation for settlement conf. | 3.00 | 750.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2
Page 4 of 6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/18/2015 | JAT | Attend settlement conference with Judge Coffin in Eugene | 4.20 | 1,050.00 |
| 3/19/2015 | JAT | Email correspondence with Christine re conversations with Rafeal; questions comments about settlement conference with Coffin. | 0.30 | 75.00 |
| 3/20/2015 | JAT | Tel conf with Rafael re meeting; tel conf with Will Fallon re case status, status of east coast cases; strategy. | 0.50 | 125.00 |
| 3/23/2015 | JAT | Office conf with Rafael and Will Fallon (by phone), re background with Burt and possible strategies to resolve case. | 1.30 | 325.00 |
|  | JAT | Review of complaint and 2010 settlement agreement in light of info from Raf; outline factual inconsistencies and errors; email to Christine. | 0.50 | 125.00 |
| 3/24/2015 | JAT | Discussion with Jim re discovery issues, options for responding to amended complaint and strategy; research re federal case law and good faith requirement in pleadings. | 0.60 | 150.00 |
|  | JAT | Receipt and review of Plaintiff's second request for production of documents. | 0.20 | 50.00 |
|  | JAT | Review FRCP and caselaw re permissible purposes of motion to strike. | 0.70 | 175.00 |
| 4/1/2015 | JAT | Prepare defendants first request for production to plaintiff; prepare first request for admissions. | 0.70 | 175.00 |
| 4/7/2015 | JAT | Tel conf with Christine re plaintiff's second RFP. | 0.60 | 150.00 |
| 4/16/2015 | JAT | Prepare response to plaintiff's second request for production; email to Silver. | 0.50 | 125.00 |
| 4/17/2015 | ASL | Begin research on tax return issue | 1.50 | 60.00 |
| 4/20/2015 | JAT | Tel conf with Jason Seibert re discovery issues and his threats to file various motions. | 0.30 | 75.00 |
|  | JAT | Receipt and review of plaintiff's First Amended Complaint and exhibits (200 pgs). | 0.20 | 50.00 |
| 4/21/2015 | ASL | Continue research on tax return issue | 1.50 | 60.00 |
|  | JAT | Review Response to RRFP; email correspondence with Jason re his accusation that we did not respond. | 0.30 | 75.00 |
|  | JAT | Email correspondence with Seibert re confirmation of issues discussed; reciting our objections to discovery requests and his threats to file motion to compel. | 0.50 | 125.00 |
|  | JAT | Letter to Seibert and Silver enclosing copies of Wells Fargo checks. | 0.30 | 75.00 |
| 4/23/2015 | ASL | Finalize research and draft memo for Jeff | 1.00 | 40.00 |
| 4/27/2015 | JAT | Receipt and review of plaintiff's Motion to Compel Production and supporting declaration. | 0.40 | 100.00 |
| 4/28/2015 | JAT | Review of amended complaint and detail issues for FRCP 11 violations; email to Seibert detailing issues and request to confer before filing motions. | 1.80 | 450.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2
Page 5 of 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2015 | JAT | Email correspondence with Jason re further attempt to confer on motions. | 0.20 | 50.00 |
| 5/8/2015 | JAT | Review and respond to email from Siebert re motion to strike. | 0.30 | 75.00 |
|  | JAT | Research and prepare Defendant's Response to Motion to Compel; prepare Jordan Declaration; Trautman Declaration; file with court. | 5.30 | 1,325.00 |
| 5/11/2015 | JAT | Email correspondence with Christine re status and requesting docs from Wells Fargo. | 0.20 | 50.00 |
|  |  | For professional services rendered | 65.30 | $13,805.00 |

Accounts receivable transactions

| Date | Description | Invoice # | Amount |
|---|---|---|---|
| 7/31/2014 | Invoice No. 23136 | 23136 | $2,050.00 |
| 8/7/2014 | Payment from Trust - Thank You |  | ($2,050.00) |
| 8/31/2014 | Invoice No. 23315 | 23315 | $1,150.00 |
| 9/9/2014 | Payment from Trust- Thank You |  | ($1,150.00) |
| 9/30/2014 | Invoice No. 23505 | 23505 | $325.00 |
| 10/9/2014 | Payment from Trust - Thank You |  | ($325.00) |
| 10/31/2014 | Invoice No. 23624 | 23624 | $125.00 |
| 11/6/2014 | Payment from Trust- Thank You |  | ($125.00) |
| 11/30/2014 | Invoice No. 23844 | 23844 | $325.00 |
| 12/4/2014 | Payment from Trust- Thank You |  | ($325.00) |
| 12/31/2014 | Invoice No. 24088 | 24088 | $475.00 |
| 1/14/2015 | Payment from Trust- Thank You |  | ($475.00) |
| 1/31/2015 | Invoice No. 24204 | 24204 | $1,300.00 |
| 2/6/2015 | Payment From Trust- Thank You |  | ($1,300.00) |
| 2/28/2015 | Invoice No. 24341 | 24341 | $1,920.00 |
| 3/4/2015 | Payment from Trust- Thank You |  | ($250.00) |
| 3/31/2015 | Invoice No. 24660 | 24660 | $3,075.00 |
| 4/10/2015 | Payment from Trust - Thank You |  | ($4,000.00) |
| 4/30/2015 | Invoice No. 24861 | 24861 | $1,560.00 |
| 5/26/2015 | Payment - Thank You No. 892 |  | ($2,000.00) |
| 5/31/2015 | Invoice No. 25035 | 25035 | $1,500.00 |

|  |  |
|---|---|
| Total payments and adjustments | $1,805.00 |

Client funds transactions

|  |  |
|---|---|
| New balance of Default | $0.00 |

PLEASE make your check payable to FETHERSTON EDMONDS, LLP and write the ACCOUNT NUMBER ON YOUR CHECK
Our terms are NET DUE ON RECEIPT- a service charge of 1 1/2% per month will be charged on accounts 30 days or more past due

EXHIBIT 2
Page 6 of 6